Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
| --- | --- | --- |
| STONEHENGE PROPERTIES LTD | ) | CASE NO. 05-27057-PHX-RTB |
| Debtor(s) | ) ) ) ) ) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
| --- | --- | --- | --- |
| 110 | 05/08/09 | RIM PLUMBING INC.<br>P.O. BOX 272<br>PINE, AZ 85544-0272 | $17.89 |

*September 8, 2010*          */s/ Lawrence J. Warfield*
         DATE                                Lawrence J. Warfield, Trustee